# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

La Dell Grizzell,　　　　　　　　　9th Cir. Case No. **21-55956**

Appellant(s),

v.

San Elijo Elementary School; San Marcos Unified School District

Appellee(s).

## STATEMENT THAT APPEAL SHOULD GO FORWARD

(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

   **October 12, 2021**
   November 4, 2021

2. What claims did you raise to the court below?

**A.** Summons issued and entered 05/04/21 (Dkt. 4)- **Summons Returned and Executed on San Marcos Unified School District and entered on 06/15/21 (Dkt. 11). Summons Returned and Executed on San Elijo Elementary School and entered on 06/21/2021 (Dkt. 12). Clerks withheld entering the summons (Dkt. 12).**

**B.** Request for Entry of Clerk Default against San Elijo Elementary School and San Marcos Unified School District (Dkt.16)- **San Elijo Elementary School was served a summons; whereupon San Elijo Elementary School choose to ignore the summons.**

**C.** Plaintiff's Motion to Strike and Quash Defendant San Marcos Unified School District for Lack of Jurisdiction to Proceed due to No Notice of Entry of Attorney on Record (Dkt. 21)- **Attorney did not file a Notice of Appearance and representation of ALL clients.**

D. Plaintiff's Motion for Default Judgement against San Elijo Elementary School and San Marcos Unified School District (Dkt. 22)- **Due to San Elijo Elementary not answering summons and San Marcos Unified School District lack of jurisdiction via no Notice of Attorney on Record a Default Judgement was entered.**

E. Plaintiff's complaint pursuant 42 U.S. Code § 1983 - Civil action for deprivation of rights over seventy-six violation(s) of Tittle IV & VI of the Civil Rights Act of 1964 with "for sale signs wrapped around Plaintiff's neck, physical bruising to head, forcibly slapped in face while food thrown in trash, denied basic human right to bathroom facility, plethora of hate crimes, discrimination acts, abuse/negligence, retaliation via expulsion of the abused Plaintiff(s) etc. on the school campus and the district (Dkt 6)- **Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.**

F. Plaintiff motion for Permanent Injunction (Dkt. 6) and a 2nd Petition Reconsideration of a Preliminary Injunction for safety reasons due to student and administrative constant bullying towards Plaintiff(s) with memes depicting of guns and hate crimes "stating wanting to murder black shiny things," etc.- **Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.**

G. Plaintiff motioned for Guardian Ad Litem (Dkt. 28)- **Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.**

H. Plaintiff stated each claim upon which relief can be granted by providing exhibits with pictures, email correspondence, etc. (Dkt 6). Plaintiff maintains jurisdiction - **Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.**

I. Plaintiff maintains the capacity and authority (Dkt. 27)- **Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9 swings the pendulum in favor that it is the parents and child fundamental rights of due process allowing the parent on their own behalf or**

**representative of the child may proceed in the court unrepresented by counsel due to parental inheritable "independent and enforceable rights."**

A. Amended Complaint to be filed (Dkt. 6)

B. Permanent Injunction (Dkt. 6)

C. Second Petition of Reconsideration for a Preliminary Injunction (Dkt. 10)

D. Requested of Entry of Clerk Default (Dkt. 16)

E. Requested a Default Judgement (Dkt. 22)

F. Requested to Strike and Quash all of Defendant(s) motion(s) for lack of Defendant(s) jurisdiction due Defendant(s) attorney not filing a Notice of Appearance of Attorney on Record and Defendant(s) not responding to summons. (Dkt. 21)

G. Requested a Petition of Guardian ad Litem (Dkt. 28)

H. Requested an objection to Challenge Capacity (Dkt. 27)

I. Requested an objection to dismiss claim for lack of jurisdiction and failure to state a claim which relief can be granted (Dkt. 29).

J. Requested monetary damages (Dkt. 6)

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.)

> **A. Clerk Entry Default Entered on 06/25/2021 and Application for Default Judgement Entered on 07/06/2021 against Defendants-** *No order was given to support the Default and Default Judgement despite San Elijo Elementary School never answering summons.*
> **B. San Elijo Elementary School not responding to summons.** Disregarded Federal Civil Procedural Rule 4 on summons.
> **C. No Notice of Attorney on Record of the Defendant-** *Allowed Attorney to proceed with lack of jurisdiction.*
> **D. Complaint and Preliminary Injunction is a valid filing under Civil action for deprivation of rights over seventy-six violation(s) of Tittle IV & VI of the Civil Rights Act of 1964 with "for sale signs wrapped around Plaintiff's neck, physical bruising to head, forcibly slapped in face while food thrown in trash, denied basic human right to bathroom facility, plethora of hate crimes, discrimination acts, abuse/negligence,**

retaliation via expulsion of the abused victims (Plaintiffs), safety reasons due to student and administrative constant bullying towards Plaintiff(s) with memes depicting of guns and hate crimes "stating wanting to murder black shiny things," etc.- *Due Process was denied of Civil action for deprivation of rights over seventy-six violation(s) of Tittle IV & VI of the Civil Rights Act of 1964 despite being Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.* (see Brown v. Board)

E. **Immunity does not apply for Defendant(s) San Elijo Elementary School and San Marcos Unified School District due to discrimination, negligence, ministerial acts, failing to protect the safety and well-being of the child** - *Due Process was denied despite Defendant(s) receiving federal funding, the claim(s) are a constitutional subject-matter Tittle IV & VI of the Civil Rights Act of 1964 and a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.*

F. **Plaintiff motioned for Guardian Ad Litem (Dkt. 28)**- *Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.*

G. **Plaintiff stated each claim upon which relief can be granted by providing exhibits with pictures, email correspondence, etc. (Dkt 6). Plaintiff maintains jurisdiction** - *Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9.*

H. **Plaintiff maintains the capacity and authority (Dkt. 27)**- *Plaintiff's not able to proceed in the District court and Denied Due Process which is a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9 swings the pendulum in favor that it is the parents and child fundamental rights of due process allowing the parent on their own behalf or representative of the child may proceed in the court unrepresented by counsel due to parental inheritable "independent and enforceable rights."*

I. **San Elijo Elementary School is a separate legal entity and is where the act(s):** *discrimination, neglect, child abuse, sexual assault, retaliation etc. took place while San Marcos Unified School District conspired, and expelled plaintiffs to cover up the acts.* **Due Process was denied despite Defendant(s) receiving federal funding, the claim(s) are a constitutional**

*subject-matter Tittle IV & VI of the Civil Rights Act of 1964 and a Constitutional Right under the 14th Amendment and Constitution of Supreme Law 9. (see Elai. et al. v. Vero Beach High School et al.) (see McCarrall etal v. Bloomfield High School and Bloomfield School District)*

J. **Federal Rules of Civil Procedure 55. Default; Default Judgment**

   *Primerica Life Ins. Co. v. Briggs Case No. 2:14-cv-02146-GMN-PAL (D. Nev. Mar. 18, 2016)*

K. **Federal Rules of Civil Procedure Rule 4. Rule 4. Summons.** San Elijo Elementary School and San Marcos Unified School District both received and served a summons.

L. **San Elijo Elementary School is a separate legal entity and is where the act(s):** discrimination, neglect, child abuse, sexual assault, retaliation etc. took place while San Marcos Unified School District conspired, and expelled plaintiffs to cover up the acts. *(see Elai. et al. v. Vero Beach High School et al.) (see McCarrall etal v. Bloomfield High School and Bloomfield School District)*

M. **Rule 9. Appearance of Counsel**

   General Appearance. *Gives the Plaintiff written notice of appearance, or when an attorney gives notice of appearance for the defendant. A general appearance occurs when the defendant takes part in the action or in some manner recognizes the authority of the court to proceed.* **(California Code, Code of Civil Procedure - CCP § 1014).**

N. **Fourteenth Amendment (A Constitutional Right).** *Which provides that no State shall "deprive any person of life, liberty, or property, without due process of law." The Clause also includes a substantive component that "provides heightened protection against government interference with certain fundamental rights and liberty interests." Our jurisprudence historically has reflected Western civilization concepts of the family as a unit with broad parental authority over minor children. In addition to the*

*specific freedoms protected by the Bill of Rights, the 'liberty' specially protected by the Due Process Clause includes the right to direct the education and upbringing of one's children" and in light of this extensive precedent, it cannot now be doubted that the Due Process Clause of the Fourteenth Amendment protects the fundamental right of parents to make decisions concerning the care, custody, and control of their children. The law's concept of the family rests on a presumption that parents possess what a child lacks in maturity, experience, and capacity for judgment required for making life's difficult decisions. More important, historically it has recognized that natural bonds of affection lead parents to act in the best interests of their children."*

    a. With the Due Process Clause of the Fourteenth Amendment protects the fundamental(s) right of parents to make decisions concerning the care, custody, and control of their children and provides that no State shall "deprive any person of life, liberty, or property, without due process of law." The clause also includes a component that "provides heightened protection against government interference with certain fundamental rights and liberty interest. Whereupon, Western Civilization concepts of the family as a unit with a broad parental authority over minor children. Moreover, the law's concept of the family rests on presumption that parents possess the capacity

what a child lacks in maturity, experience, and capacity judgement required for making life's difficult decisions. Which historically has recognized that natural bonds of affection lead parents to act in the best interest of their children.

b. Plaintiff, La Dell Grizzell has the capacity to file suit on behalf of her minor children. For **parents** of a **minor** that still have their parental rights are able to **file** a **lawsuit**. They are the primary people responsible for this as they have an inherent right to protect and represent their **children. When a civil case has to do with an injured child, parents are often involved.**

c. Minors can, however, enforce their own legal rights in a civil case as long as they do so through a guardian *ad litem*. A guardian *ad litem* is a responsible adult appointed by a court to pursue a case in a child's name and to work to protect and defend the child's rights. **In many instances, the court-appointed guardian is the child's parent.** Along with the power to sue, children can be sued, often through their court-appointed guardian *ad litem*. *(FC §§ 6600, 6601).*

**O. The Constitution Supreme Law 9 of the Constitution.** Is considered the Supreme Law of the Land which is the highest law of the land; and no law

that is passed by the Federal Government and or by the State under Government may contravene the rights, privileges, and processes described in the Constitution. **Article VI of the Constitution establishes the Constitution as the Supreme Law of the Land, the Court held that an Act of Congress that is contrary to the Constitution could not stand.** *See* <u>Winkelman v. Parma City School District (05-983)</u>.

    a. On May 21, 2007, the Supreme Court issued a unanimous [1] pro-parent, pro-child decision in Jacob Winkelman v. Parma City Schools. The question before the Court was "whether parents, either on their own behalf or as representatives of the child, may proceed in court unrepresented by counsel though they are not trained or licensed as attorneys." **Supreme Court Rules: "Parents Have Independent, Enforceable Rights"** by Pete Wright, Esq. and Pamela Wright, MA, MSW.

4. Why are these errors serious enough that this appeal should go forward?

A. Violation of Civil Rights- **CONTINUATION VIOLATION DOCTRINE**

B. Violation of Civil Rights- **TITLE IV & VI OF THE CIVIL RIGHTS ACT OF 1964**

C. Violation of Civil Rights - **The Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States, The Unlawful Exclusion**

**Clause of the Fourteenth Amendment to the Constitution of the United States, Violation of Due Process of the Fifth and Fourteenth Amendment(s) to the Constitution of the United States**

D. Violation of Civil Rights - **The Child Abuse Prevention and Treatment Act, The California Healthy Youth Act, No Child Left Behind Act, The Family Educational Rights and Privacy Act, Every Student Success Act, Elementary and Secondary Education Act of 1965**

E. Violation of Civil Rights - **Code § 20341 – CHILD ABUSE REPORTING CODE U.S.**

F. Violation of Civil Rights SB- **3414 Protecting Household Privacy Act, 1177 Privacy**

G. Violation of Civil Rights California Code, **Education Code - EDC § 200, EDC §201, EDC §210, EDC §212.1, EDC §212.5, EDC §220, EDC § 234, EDC § 234.1, EDC §234.6, EDC §32261, EDC § 32282, EDC § 48900, EDC §48900.3, EDC § 48900.4, EDC §44114, EDC § 44932, Unresolved Complaints California Education has the primary responsibility to ensure compliance with applicable state and federal laws and regulations CA Code of Regulations § 4600-4687, Denied Independent Study to keep Plaintiff and Plaintiff(s) Minor John Doe #1, Minor Jane Doe #2, and Minor John Doe #3 in a discriminatory, racial targeting, child abuse, retaliation, hostile environment, etc. California Education Code- ARTICLE 5.5. Independent Study [51745 - 51749.6]**

H. Violation of Civil Rights - **1743. PERJURY -- OVERVIEW OF 18 U.S.C. §1621 AND 1623 VIOLATIONS**

I. Violation of Civil Rights - 28 U.S. Code § 4101 – **Defamation**

J. Violation of Civil Rights -18 U.S.C. § 371—**CONSPIRACY TO DEFRAUD THE UNITED STATES**

K. Violation of Civil Rights - **ABUSE OF POWER**

L. Violation of Civil Rights - **RULES OF CONDUCT FOR PROFESSIONAL EDUCATORS. Code of Regulations, Title 5, Section 80331-80338. 80331**

M. Violation of Civil Rights - **PENAL CODE – PEN PART 4. PREVENTION OF CRIMES AND APPREHENSION OF CRIMINALS [11006 - 14315]**

N. Violation of Civil Rights - **California Government Code section 815.2 (Negligence)**

O. Violation of Civil Rights - **Williams Case. No equal access to instructional material(s).**

P. Violation of Civil Rights -Great or Irreparable Harm/Injury, Hate Crimes, Racial Discrimination, Harassment, Malicious Retaliation, Continuum Violation of Civil Rights under the Fourteenth Amendment, Mental Abuse, etc.

5. Additional Information: According to US Department of Education's new Civil Rights Data Collection published by the Officer of Civil Rights black children account for 15% of the school population but 30% experience discrimination, hate crimes, bulling, etc. According to the case laws black children cases against the school/school districts are dismissed with no due process while other children ie. Caucasian, Hispanic, Transgender, etc. cases will continue through and be heard in the court of law. Moreover, black children have resulted in suicide due to the schools and school district ignoring parents voiced concerns. This case should move forward because it is not frivolous and every citizen has due process under the constitutional law one entity chose to ignore the summons and default, black children were abused, discriminated, endured hate crimes such as signs placed around one's neck stating for "sale," "blackies don't count, refusal to utilize bathroom facilities, teaching the class that black boys are tricky, being slapped, constantly touched, guns being displayed during zoom classes, etc, all while school officials and district officials turned their heads. If I as a mother dispensed one of these violations against my child I would be put under felony charges, yet it is just that the school, district, cps, federal court district turn(s) their heads against all the FACTUAL statements CORRABERATED with EXHIBITS and insult to injury steal the children's filing complaint fee and dismiss the case without their day in court for justice.

Dated: 11/28/21       LaBell Grizzel
                      Print Name(s)

                      _____
                      Signature(s)   Appellant(s) in Pro Se

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 25. Certificate of Service for Paper Filing

**RECEIVED MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS DEC 02 2021**

FILED DOCKETED DATE INITIAL

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are not registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s):** 21-55956

**Case Name:** LaDell Grizzell et al v. San Elijo Elementary School et al.

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the **motion (statement) to move forward** and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature:** [signed]    **Date:** 11/28/2021

| Name | Address | Date Served |
|---|---|---|
| US Court Appeals Office of Clerk | 95 7th Street San Francisco, CA 94103 | 12/3/2021 |
| Jennifer S. Creighton | 1215 West Vista Way Vista, CA 92083 | 12/3/2021 |
| | | |
| | | |

**Mail this form to the court at:**
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25                                     Rev. 12/01/2018