RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 20 2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** Dismiss Appellee's Answering Brief pursuant FRAP 31

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** 21-55956

**Case Name** La Dell Grizzell, et al v. San Elijo Elementary School, et al

**Lower Court or Agency Case Number** 3:21-cv-00863-CAB-MDD

What is your name? La Dell Grizzell

1. **What** do you want the court to do?

   Respectfully request the court to dismiss Appellee's answering brief pursuant to FRAP 31(c).

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Appellee's did not request nor motion the court for an extension of time and blatantly disregarded the sentisitive Time Schedule Order set via the courts. Pursuant on the grounds of FRAP 31 and 9th Cir. R. 31 there is a consequence of failure to file within the time frame that an appelle who fails to file and motion for an extension of time and fails to file the brief according to the time schedule order the brief of the appellee's shall not be heard at the oral argument. Attached 5 papers: Docket, Time Schedule Order, FRAP 31

Your mailing address:

29645 Wilkerson View

City Calhan   State CO   Zip Code 80808

Prisoner Inmate or A Number (if applicable) N/A

Signature [signature]   Date 12/13/2021

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                                                    New 12/01/2018

# CIRCUIT RULE 30-3. PRISONER APPEALS WITHOUT REPRESENTATION BY COUNSEL

In cases involving appeals by prisoners not represented by counsel, the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents comprising the excerpts of record, so that the prisoner can prepare the briefs on appeal. If the prisoner was granted leave to proceed in forma pauperis at the district court or on appeal, the copies will be produced at no charge to the prisoner. *(Rev. 12/1/09; 6/1/19)*

# FRAP 31. SERVING AND FILING BRIEFS

**(a) Time to Serve and File a Brief.**

    **(1)** The appellant must serve and file a brief within 40 days after the record is filed. The appellee must serve and file a brief within 30 days after the appellant's brief is served. The appellant may serve and file a reply brief within 21 days after service of the appellee's brief but a reply brief must be filed at least 7 days before argument, unless the court, for good cause, allows a later filing.

    **(2)** A court of appeals that routinely considers cases on the merits promptly after the briefs are filed may shorten the time to serve and file briefs, either by local rule or by order in a particular case.

**(b) Number of Copies.** Twenty-five copies of each brief must be filed with the clerk and 2 copies must be served on each unrepresented party and on counsel for each separately represented party. An unrepresented party proceeding in forma pauperis must file 4 legible copies with the clerk, and one copy must be served on each unrepresented party and on counsel for each separately represented party. The court may by local rule or by order in a particular case require the filing or service of a different number.

**(c) Consequence of Failure to File.** If an appellant fails to file a brief within the time provided by this rule, or within an extended time, an appellee may move to dismiss the appeal. An appellee who fails to file a brief will not be heard at oral argument unless the court grants permission.

(As amended Mar. 30, 1970, eff. July 1, 1970; Mar. 10, 1986, eff. July 1, 1986; Apr. 29, 1994, eff. Dec. 1, 1994; Apr. 24, 1998, eff. Dec. 1, 1998; Apr. 29, 2002, eff. Dec. 1, 2002; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 26, 2018, eff. Dec. 1, 2018.)

# CIRCUIT RULE 31-1. NUMBER OF BRIEFS

Parties submitting a brief electronically shall defer submission of paper copies of the brief until directed by the Clerk to do so, but must serve any unregistered party or exempt counsel with 1 paper copy of the brief on the day that the brief is submitted electronically. Any unregistered party or exempt counsel shall file an original and 6 copies of each brief. If a petition for hearing or rehearing en banc is granted, each party shall file 18 additional copies of its briefs and 10 additional copies of its excerpts of record. *(Rev. 12/1/09; 12/1/19)*

# CIRCUIT RULE 31-2. TIME FOR SERVICE AND FILING

### 31-2.1. Requirement of Timely Filing

**(a)** Parties shall observe the briefing schedule set by an order of the Court of Appeals. Specific due dates set by Court order are not subject to the additional 3-day allowance for service of previous papers by mail set forth in FRAP 26(c). The filing of the appellant's brief before the due date shall not advance the due date for the appellee's brief. If the Court does not set specific due dates for the opening and/or answering brief, the presumptive deadlines of FRAP 31(a) shall apply. However, unless otherwise established by Court order in a particular case, the deadline for filing a reply brief is 21 days from the date of service of the last timely filed answering brief. *(Rev. 12/1/09; 6/1/17)*

**(b)** [Abrogated 12/1/09]

**(c)** [Abrogated 1/99]

### 31-2.2. Extensions of Time for Filing Briefs

**(a)** Streamlined Extensions of Time: If a party has not previously filed a motion for an extension of time to file an opening, answering, reply or cross-appeal brief under subsection (b) of this rule, that party may obtain a single streamlined extension of time to file that brief not to exceed 30 days. The streamlined extension of time is not available:

    **(1)** if a case has been previously expedited;

    **(2)** when a Notice of Oral Argument has issued; or

    **(3)** for any brief filed in a Preliminary Injunction Appeal (Ninth Circuit Rule 3-3), an Incarcerated Recalcitrant Witness Appeal (28 U.S.C. § 1826; Ninth Circuit Rule 3-5) or a Class Action Fairness Act appeal (28 U.S.C. § 1453(c)).

Parties registered for electronic filing may request a streamlined extension of time online via the Appellate Electronic Filing System using the "File Streamlined Request to Extend Time to File Brief" event. A request must be made on or before the brief's due date.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 02 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LA DELL GRIZZELL,

        Plaintiff - Appellant,

and

JOHN DOE, Minor # 1; Minor # 2, Minor # 3,

        Plaintiff,

v.

SAN ELIJO ELEMENTARY SCHOOL; SAN MARCOS UNIFIED SCHOOL DISTRICT,

        Defendants - Appellees.

No. 21-55956

D.C. No. 3:21-cv-00863-CAB-MDD
U.S. District Court for Southern California, San Diego

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

**Wed., November 3, 2021**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Fri., December 3, 2021**    Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

If you view the [ Full Docket ] you will be charged for 1 Pages $0.10

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 21-55956 | **Docketed:** 09/02/2021 |
| **Nature of Suit:** 3440 Other Civil Rights | |
| La Dell Grizzell, et al v. San Elijo Elementary School, et al | |
| **Appeal From:** U.S. District Court for Southern California, San Diego | |
| **Fee Status:** IFP Pending In COA | |

**Case Type Information:**
 1) civil
 2) private
 3) null

**Originating Court Information:**
  **District:** 0974-3 : 3:21-cv-00863-CAB-MDD
  **Trial Judge:** Cathy Ann Bencivengo, District Judge
  **Date Filed:** 05/04/2021

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 08/12/2021 | 08/12/2021 | 09/01/2021 | 09/01/2021 |

| Date | # | Description |
|---|---|---|
| 09/02/2021 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL AND PRO SE APPELLANT. SEND MQ: No. The schedule is set as follows: Appellant La Dell Grizzell opening brief due 11/03/2021. Appellees San Elijo Elementary School and San Marcos Unified School District answering brief due 12/03/2021. Appellant's optional reply brief is due 21 days after service of the answering brief. [12219354] (RT) [Entered: 09/02/2021 04:03 PM] |
| 09/23/2021 | 2 | Filed Appellant La Dell Grizzell FORM 4 motion and affidavit for permission to proceed in forma pauperis. Deficiencies: None. Served on 09/13/2021. [12237164] (RL) [Entered: 09/23/2021 12:09 PM] |
| 10/19/2021 | 3 | Filed original and 7 copies of Appellant La Dell Grizzell opening brief of 13 pages (Informal: Yes). Served on 10/19/2021. (briefing remains stayed, motion for IFP pending) [12261736] (KWG) [Entered: 10/19/2021 02:18 PM] |
| 10/19/2021 | 4 | Filed Appellant La Dell Grizzell letter dated 10/10/2021 re: Status request of pending motion. Paper filing deficiency: None. (Sent copoy of docket sheet) [12263709] (RL) [Entered: 10/20/2021 04:48 PM] |
| 10/21/2021 | 5 | Filed Appellant La Dell Grizzell supplemental application to proceed in forma pauperis. Dated 10/10/2021. Paper filing deficiency: None. [12264907] (RL) [Entered: 10/21/2021 03:52 PM] |
| 11/04/2021 | 6 | Filed clerk order (Deputy Clerk: AT): A review of the record reflects that this appeal may be frivolous. This court may dismiss a case at any time, if the court determines the case is frivolous. See 28 U.S.C. § 1915(e)(2). Within 35 days after the date of this order, appellant must: (1) file a motion to dismiss this appeal, see Fed. R. App. P. 42(b), OR (2) file a statement explaining why the appeal is not frivolous and should go forward. If appellant does not move to dismiss this appeal, the court may dismiss the appeal as frivolous, without further notice. Any determination of whether the appeal is frivolous will be based on the opening brief received on October 19, 2021, and appellant's statement, if any, in response to this order. If appellant files a statement that the appeal should go forward, appellees may file a response within 10 days after service of appellant's statement. The briefing schedule for this appeal remains stayed. The Clerk shall serve on appellant: (1) a form motion to voluntarily dismiss the appeal, and (2) a form statement that the appeal should go forward. Appellant may use the enclosed forms for any motion to dismiss this appeal or statement that the appeal should go forward. [12278357] (OC) [Entered: 11/04/2021 12:21 PM] |
| 12/02/2021 | 7 | Filed Appellant La Dell Grizzell statement that appeal should go forward. Served on 11/28/2021. [12303892] (RL) [Entered: 12/02/2021 12:14 PM] |
| 12/07/2021 | 8 | Filed (ECF) Appellees San Elijo Elementary School and San Marcos Unified School District reply to response (). Date of service: 12/07/2021. [12308795] [21-55956] (Creighton, Jennifer) [Entered: 12/07/2021 02:27 PM] |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 12/13/2021 13:20:02 | | | |
| PACER Login: | [redacted] | Client Code: | |
| Description: | Case Summary | Search Criteria: | 21-55956 |
| Billable Pages: | 1 | Cost: | 0.10 |

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** 21-55956

**Case Name** La Dell Grizzell, et al v. San Elijo Elementary School, et al

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the Motion to Dismiss Appelle's Answering Brief and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** [signed]  **Date** 12/14/2021

| Name | Address | Date Served |
|---|---|---|
|  |  |  |
| Jennifer Creighton | 1215 West Vista Way, Vista CA 92083 | 12/17/2021 |
| US Court Appeals | 95 7th Street, San Francisco CA 94103 | 12/17/2021 |
|  |  |  |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25                                                                                                  Rev. 12/01/2018