UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA DELL GRIZZELL,<br><br>Plaintiff-Appellant,<br><br>and<br><br>JOHN DOE, Minor # 1; Minor # 2, Minor # 3,<br><br>Plaintiff,<br><br>v.<br><br>SAN ELIJO ELEMENTARY SCHOOL; SAN MARCOS UNIFIED SCHOOL DISTRICT,<br><br>Defendants-Appellees. | No. 21-55956<br><br>D.C. No. 3:21-cv-00863-CAB-MDD<br>Southern District of California, San Diego<br><br>ORDER |

Before: WARDLAW, PAEZ, and SANCHEZ, Circuit Judges.

Judge Wardlaw and Judge Sanchez vote to deny the petition for rehearing en banc (Dkt. 73), and Judge Paez so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is **DENIED**.

**IT IS SO ORDERED.**